Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone: (415) 273-3504
Facsimile: (415) 273-3508

Attorney for Plaintiff,
ERWIN SIPIN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERWIN L. SIPIN, an individual; Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, LLC, a limited liability company; and DOES 1 through 20, inclusive, Defendant. | Case No.:  2:23-cv-00243-KJM-DB<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    NOTICE IS HEREBY GIVEN that Plaintiff, ERWIN SIPIN, (hereinafter, "Plaintiff") hereby submits this request Request for Dismissal, as to the above-entitled matter, without prejudice. This notice is made pursuant to Fed R. Civ. P. 41(a)(1)(i).

DATED: June 23, 2023         Respectfully submitted,

SHAPERO LAW FIRM

*/s/ Sarah Shapero*

Sarah Shapero
Attorney for Plaintiff
ERWIN SIPIN